IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| John F. Novak, et al., | : | |
| Plaintiffs, | : | Case No. 2:10-CV-768 |
| v. | : | Judge Marbley |
| John O. Farneman, et al., | : | Magistrate Judge Kemp |
| Defendants. | : | |

## ORDER

Plaintiffs are **GRANTED** leave to file their response to the Motion to Enforce Settlement, along with Exhibits, under seal.

Plaintiffs shall submit the appropriate materials to the Clerk's Office for filing under seal.

      s/Algenon L. Marbley
Algenon L. Marbley
United States District Judge

Dated: September 2, 2011